**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CARNELL JACKSON                                                                                           PLAINTIFF
#5043-11

V.                                            NO: 4:11CV00471 SWW/HDY

PULASKI COUNTY *et al.*                                                                            DEFENDANTS

**ORDER**

      Plaintiff filed this complaint on June 7, 2011, and service was ordered.  On September 21, 2011, the summons was returned unexecuted as to Defendant Showell (docket entry #20).  Service had been attempted at the Pulaski County Detention Facility, but a note accompanying the return indicates that no one named Showell is employed there.  Accordingly, Plaintiff must provide, no later than 30 days after the entry of this order, the correct name for the Defendant he has identified as Showell.  The Court also notes that mail sent to Plaintiff's address of record has been returned as undeliverable.  Plaintiff may now be incarcerated at the Arkansas Department of Correction.  If Plaintiff wishes to continue with this lawsuit, he must also update his address within 30 days.

      IT IS THEREFORE ORDERED THAT:

      1.    Plaintiff provide the correct name of the individual he has identified as Showell no later than 30 days after the entry of this order.

      2.    Plaintiff file a notice confirming his updated address no later than 30 days after the entry of this order.

      3.    Plaintiff's failure to comply with this order will result in the recommended dismissal of his complaint.

      4.    The Clerk is directed to send a copy of this order to Plaintiff at the Arkansas

Department of Correction's East Arkansas Regional Unit.

IT IS SO ORDERED this __22__ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE