**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CARNELL JACKSON                                                                                            PLAINTIFF
#5043-11

V.                                      NO: 4:11CV00471 SWW/HDY

PULASKI COUNTY *et al.*                                                                           DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant Pulaski County are DISMISSED WITH PREJUDICE, and Pulaski County's name is removed as a party Defendant.

DATED this 23rd day of September, 2011.

                                                   /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE