**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CARNELL JACKSON                                                                                                PLAINTIFF
ADC #144389

V.                                             NO: 4:11CV00471 SWW/HDY

PULASKI COUNTY *et al.*                                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment (docket entry #47) is GRANTED IN PART AND DENIED IN PART.

2. Defendants' motion is GRANTED with respect to Plaintiff's claims against Defendant Shawn Smith, the claims against Smith are DISMISSED WITH PREJUDICE, and Smith's name is removed as a party Defendant.

3. Defendants' motion is DENIED in all other respects.

DATED this 12th day of October, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE