**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CARNELL JACKSON                                                          PLAINTIFF
ADC #144389

V.                                    NO: 4:11CV00471 SWW

PULASKI COUNTY *et al.*                                                  DEFENDANTS

## ORDER

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS THEREFORE ORDERED THAT:

      1.      Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to introduce sufficient evidence to create a fact issue to be submitted to a jury.

      2.      The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

      DATED this 13th day of November, 2012.

                          /s/Susan Webber Wright
                          UNITED STATES DISTRICT JUDGE